J. Christopher Carraway, OSB No. 961723
Email: chris.carraway@klarquist.com
Todd M. Siegel, OSB No. 001049
Email: todd.siegel@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300

*Attorneys for Plaintiff*
BAXTER AUTO PARTS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BAXTER AUTO PARTS, INC.**, an Oregon corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**LANDMARK TECHNOLOGY, LLC**, a California limited liability company,<br><br>　　　　Defendant. | Civil Case No.: 3:18-cv-00629-SB<br><br>**PLAINTIFF BAXTER AUTO PARTS, INC.'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)** |

　　　　PLEASE TAKE NOTICE that Plaintiff Baxter Auto Parts, Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby voluntarily dismisses all claims in this action without prejudice as to Defendant Landmark Technology, LLC ("Defendant").

　　　　Plaintiff did not serve the Summons and Complaint on Defendant, thus Defendant has neither answered Plaintiff's Complaint, nor filed a motion in response. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

DATED June 13, 2018.

        Respectfully submitted,

By: *s/ Todd M. Siegel*
    J. Christopher Carraway, OSB No. 961723
    Email: chris.carraway@klarquist.com
    Todd M. Siegel, OSB No. 001049
    Email: todd.siegel@klarquist.com
    KLARQUIST SPARKMAN, LLP
    121 S.W. Salmon Street, Suite 1600
    Portland, Oregon 97204
    Telephone: (503) 595-5300

    *Attorneys for Plaintiff*
    BAXTER AUTO PARTS, INC.